IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY TERESA BEST,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 20–CV–00445–JPG |

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **REMANDED** for a rehearing and a new decision that adequately accounts for Best's limitations in the residual functional capacity and the hypotheticals posed to the vocational expert.

**Dated: Tuesday, July 27, 2021**              **MARGARET M. ROBERTIE**
                                                **CLERK OF COURT**

                                                **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**