IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY TERESA BEST, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3-20-cv-00445-JPG |
| KILOLO KIJAKAZI<br>Acting commissioner of Social Security, | ) ) ) ) |
|     Defendant. | ) ) |

## MEMORANDUM AND ORDER

This Court hereby **GRANTS** Plaintiff Sherry Teresa Best and Defendant Kilolo Kijakazi's **JOINT MOTION** (Doc. 28) for Attorney Fees under the Equal Access to Justice Act and renders **MOOT** Plaintiff's Motion for Attorney Fees (Doc. 27).

Defendant will pay Plaintiff in the amount of $6,856.24 ("Award") for attorney fees. This Award shall fully and completely satisfy any and all claims for fees to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Additionally, the Award belongs to Plaintiff and not her attorney. This Award can be offset to satisfy pre-existing debt Plaintiff owes to the United States. Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to offset.

This Court hereby **GRANTS** the **JOINT MOTION** (Doc. 28) and renders **MOOT** Plaintiff's Motion for Attorney Fees (Doc. 27).

**IT IS SO ORDERED.**
**DATED: November 9, 2021**

                                                                        **/s/ J. Phil Gilbert**
                                                                       **J. PHIL GILBERT**
                                                                       **UNITED STATES DISTRICT JUDGE**